IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| ANGELA HARRIS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:14-CV-001-WKW |
| PRIMED PHYSICIANS, INC., | ) | |
| Defendant. | ) | |

## **ORDER**

On July 18, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 103.) Upon an independent review of the record and consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 103) is ADOPTED; and

2. The supplemental motion for default judgment is set for an evidentiary hearing for a determination of Plaintiff's damages on **October 26, 2017**, **at 9:30 a.m.**, in Courtroom 2B, of the Frank M. Johnson, Jr. United States Courthouse, One Church Street, Montgomery, Alabama. The Clerk of the Court is DIRECTED to provide a court reporter for this hearing.

DONE this 10th day of August, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE